# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 1:08-CR-121 |
| | § | |
| DAMON EMANUEL ELLIOTT | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding defendant's competency for trial.

Having conducted an independent review, the court concludes that the defendant is competent to stand trial because he is able to understand the nature and consequences of the proceeding against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on defendant's competency to stand trial is **ADOPTED**. It is further

**ORDERED** that defendant Damon Emanuel Elliott is competent to stand trial.

**SIGNED** this the **19** day of **May, 2009.**

_____
Thad Heartfield
United States District Judge